ALBANY,
October, 1824.

Jansen
v.
Tappen.

A *feme covert* may be imprisoned on a *ca. sa.* with or without her husband; tho' otherwise as to mesne process.

---

JANSEN and JANSEN, administrator, *against* TAPPEN.

MOTION for a reference, in behalf of the plaintiff; but it appeared that, besides other pleas upon which issues of fact were joined, the defendant had pleaded *non assumpsit infra sex amnos*, to which the plaintiff had replied, and the defendant had demurred to the replication, upon which the plaintiff had joined in demurrer; which issue in law was not yet determined; and the motion was opposed for this reason.

A reference will not be granted, if there be a demurrer in the cause, which relates to the whole action, and is undetermined.

*Myer & Van Buren,* for the motion.

The People
v.
Tefft.

*H. M. Romeyn,* contra.

*Curia.* The motion must be denied. Here is a demurrer pending upon a replication to a plea which goes to the whole cause of action. The motion is premature ; for, should the report be for the plaintiff, still the decision upon the demurrer may be for the defendant, which would render this proceeding nugatory.

Motion denied.